IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLOW CREEK FUELS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-5417 |
| v. | : | |
| FARM & HOME OIL CO., et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 18th day of September, 2009, upon consideration of Defendants' Motion to Dismiss (Doc. No. 11), Plaintiff's Response in Opposition thereto (Doc. No. 12), Defendants' Reply (Doc. No. 15), and the argument heard by the Court on September 14, 2009, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss is GRANTED.

2. Plaintiff's federal antitrust claims (Counts I and II) are DISMISSED.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims (Counts III, IV, and V).

4. The Clerk of Court shall close the above-captioned matter for all purposes.

BY THE COURT:

S/ C. Darnell Jones II
                                          J.